NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Andrew V. Jablon (SBN 199083)
Lindsay D. Molnar (SBN 275156)
Resch Polster & Berger LLP
9200 Sunset Boulevard, Ninth Floor
Los Angeles, CA 90069-3604
Telephone: (310) 277-8300Fac
Facsimile: (310) 552-3209

ATTORNEYS FOR: Defendant Burlington Coat Factory Direct

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STAR FABRICS, INC., a California Corporation

Plaintiff(s),

v.

PINK ICE, INC., a California Corporation; K.H.K. CORP., a California Corporation; et al.

Defendant(s)

CASE NUMBER:

CV11-02588 SVW (JCGx)

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendant Burlington Coat Factory Direct Corporation (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Star Fabrics, Inc., a California Corporation | Plaintiff |
| Pink Ice, Inc., a California Corporation | Defendant |
| K.H.K. Corp., a California Corporation | Defendant |
| Burlington Coat Factory Direct Corporation, a New Jersey Corporation | Defendant |
| Burlington Coat Factory Warehouse Corporation | Parent entity to defendant Burlington Coat Factory Direct Corporation |
| Burlington Coat Factory Investments Holdings, Inc. | Parent entity to defendant Burlington Coat Factory Direct Corporation |
| Burlington Coat Factory Holdings, Inc. | Parent entity to defendant Burlington Coat Factory Direct Corporation |
| Bain Capital, LLC, and/or affiliates thereof | Parent entity to Burlington Coat Factory Holdings, Inc. |

SEE ATTACHED SHEET

April 29, 2011
Date

/S/
Sign
Andrew V. Jablon

Resch Polster & Berger LLP
Attorney of record for or party appearing in pro per
Defendant Burlington Coat Factory Direct Corporation

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES


American LegalNet, Inc.
www.FormsWorkFlow.com

(cont. Certification and Notice of Interested Parties)

| **PARTY** | **CONNECTION** |
|---|---|
| Intermarket Apparel, LLC, a New York Limited Liability Company | Defendant |
| CECICO, Inc., a California Corporation | Defendant |