Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS, APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Attorneys for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
OCT - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PINK ICE, INC., a Connecticut Corporation; et al.,<br><br>Defendants. | Case No.: 11- 02588 SVW (JCGx)<br>*Hon. Stephen V. Wilson Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO DISMISS<br><br>Priority _____<br>Send _____<br>Enter _____<br>Closed _____<br>~~JS-5~~/JS-6 ✓<br>JS-2/JS-3 _____<br>Scan Only _____ |

Having reviewed the parties' Stipulation to Dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED that:

1. The remainder of this action is to be dismissed with prejudice;

2. Each party is to bear its own costs and fees as incurred against one another.

SO ORDERED.

Dated: ~~September~~ October 5, 2011

_____
Hon. Stephen V. Wilson
U.S. District Court Judge

1
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION